APEX TRIAL LAW
A Professional Corporation
Thomas W. Kohler Bar No. 312552
tkohler@apextrial.com
Ryan M. Ferrell, Bar No. 258037
rferrell@apextrial.com
4100 Newport Place Drive, Suite 800
Newport Beach, CA  92660
Tel: (949) 438-0033
Fax: (949) 299-0133

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA GOMEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JELLY BELLY CANDY COMPANY, and DOES 1-25, Inclusive,<br><br>Defendants.<br>Defendants. | Case No.: 5:17-cv-00575 (FFMx)<br><br>**DECLARATION OF THOMAS W. KOHLER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

## DECLARATION OF THOMAS W. KOHLER

I, Thomas W. Kohler, hereby declare as follows:

1.  I am an attorney licensed to practice law in the State of California and the State of Arizona, as well as the Central District of California. I am an attorney of Apex Trial Law, counsel for Plaintiff Jessica Moreno ("Plaintiff") in this action. If called upon as a witness, I could and would competently testify to the facts set forth below, as I know

DECLARATION OF THOMAS W. KOHLER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

each to be true based on my own personal knowledge or based upon my review of the files and records maintained by Apex Trial Law in the regular course of business.

2.       Attached hereto is as Exhibit A is a true and correct copy of the FDA's "Ingredients Declared as Evaporated Cane Juice: Guidance for Industry" issued in May of 2016.

3.       Attached hereto as Exhibit B is a true and correct copy of the an FDA Warning Letter that was issued before the FDA issued its Evaporated Cane Juice Guidance in 2009.

4.       Attached hereto as Exhibit C is a true and correct copy of the an FDA Warning Letter that was issued before the FDA issued its Evaporated Cane Juice Guidance in 2009.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on May 17, 2017, at Gilbert, Arizona.

_____
Thomas W. Kohler

DECLARATION OF THOMAS W. KOHLER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2015, I electronically filed the foregoing **DECLARATION OF THOMAS W. KOHLER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                       */s/Ryan M. Ferrell*
                                       Ryan M. Ferrell