APEX TRIAL LAW
A Professional Corporation
Thomas W. Kohler, Bar No. 312552
tkohler@apextrial.com
Ryan M. Ferrell, Bar No. 258037
rferrell@apextrial.com
4100 Newport Place Drive, Suite 800
Newport Beach, CA  92660
Tel: (949) 438-0033
Fax: (949) 299-0133

Attorneys for Plaintiff and the Class

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA GOMEZ, individually, and on behalf of all others similarly situated, | Case No.: 5:17-cv-00575 (FFMx) |
| Plaintiff, | [Assigned to Judge Cormack J. Carney Courtroom 9B] |
| vs. | |
| JELLY BELLY CANDY COMPANY, and DOES 1-25, Inclusive, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S CLAIMS FOR EQUITABLE RELIEF UNDER THE FIRST AMENDED COMPLAINT** |
| Defendants. | |
| | [Filed concurrently with Plaintiff's Opposition] |
| | Date:  August 28, 2017 Time:  1:30 p.m. Ctrm:  9B Honorable Cormac J. Carney |

Plaintiff Jessica Gomez asks the Court to take judicial notice of the following documents filed in connection with her Opposition to Defendant's Motion to Dismiss Plaintiff's Claims for Equitable Relife Under the First Amended Complaint:

- Docket for the matter of *Duttweiler v. Triumph Motorcycles (Am.) Ltd*., No. 14-cv-04809-HSG.  A true and correct copy of the court docket is attached hereto as **Exhibit 1** and is a document of the United State District Court's record.

  o Order reassigning the case, entered on December 3, 2014 (ECF #11). A true and correct copy of the Order is attached hereto as **Exhibit 1a** and is a document of the United State District Court's record.

  o Order setting the case management conference, entered on December 18, 2014 (ECF #15).  A true and correct copy of the Order is attached hereto as **Exhibit 1b** and is a document of the United State District Court's record.

  o Order extending deadlines, entered on February 20, 2015 (ECF #24). A true and correct copy of the Order is attached hereto as **Exhibit 1c** and is a document of the United State District Court's record.

  o Order referring the case to a magistrate judge for discovery, entered on May 4, 2015 (ECF #44).  A true and correct copy of the Order is attached hereto as **Exhibit 1d** and is a document of the United State District Court's record.

  o Order regarding a discovery dispute, entered on May 7, 2015 (ECF #49).  A true and correct copy of the Order is attached hereto as **Exhibit 1e** and is a document of the United State District Court's record.

  o Order dismissing the case, entered on March 9, 2016 (ECF #57).  A true and correct copy of the Order is attached hereto as **Exhibit 1f** and is a document of the United State District Court's record.

- The Honorable Thelton E. Henderson's Order Granting in Part and Denying in Part Defendants' Motion to Dismiss Plaintiff's Class Action Complaint in the *Munning v. Gap, Inc*., No. 16-cv-03804-TEH, 2017 U.S. Dist. LEXIS 26459, Doc. No. 29, entered October 28, 2016.  A true and correct copy of the court docket is attached hereto as **Exhibit 2** and is a document of the United State District Court's record.

Judicial notice of the foregoing documents is proper because a noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court; or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.  Fed. R. Evid. 201(b).  None of the documents can be subject to reasonable dispute as they are contained within the files of this District.  *See e.g. Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (taking judicial notice of documents from court records).

Dated:  August 7, 2017                    APEX TRIAL LAW
                                          A Professional Corporation


                                          By:/s/ Thomas W. Kohler
                                             Thomas W. Kohler
                                             Attorney for Plaintiff and the Class

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION
TO DISMISS PLAINTIFF'S CLAIMS FOR EQUITABLE RELIEF UNDER THE FIRST AMENDED COMPLAINT

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2017, I electronically filed the foregoing **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S CLAIMS FOR EQUITABLE RELIEF UNDER THE FIRST AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/Thomas W. Kohler*
Thomas W.Kohler