**JS-6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA GOMEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JELLY BELLY CANDY COMPANY, and DOES 1-25, Inclusive,<br><br>Defendants. | Case No.: 5:17-cv-00575 (FFMx)<br><br>[Assigned to Judge Cormack J. Carney Courtroom 9B]<br><br>**ORDER DISMISSAL PURSUANT TO FED. RULE CIV. P. 41(a)(1)(A)(ii)** |

| | |
|---|---|
| 1 | The Court, having considered the parties' Stipulation for Dismissal Pursuant to |
| 2 | Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with |
| 3 | prejudice Plaintiff's Complaint in the above-entitled action. Each party shall bear its own |
| 4 | costs and attorneys' fees. |

IT IS SO ORDERED.

ED

Dated: March 7, 2018   By: _____
HONORABLE CORMAC J. CARNEY
United State District Judge